UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:24–cv–03558-EFB (SS) <br><br><br><br> ORDER |

This case was randomly assigned to Magistrate Judge Edmund F. Brennan. Without the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case.  On February 25, 2025, the court directed the parties to complete and return the court's Consent to Assignment or Request for Reassignment form within 90 days.  Plaintiff has not returned the form.  Accordingly, within 21 days, plaintiff shall complete and return the enclosed Consent to Assignment or Request for Reassignment.

So ordered.

Dated: June 27, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1